IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ANDREA TRAMMELL                                                                    PLAINTIFF

vs.                              Civil No. 4:08-cv-04072

MICHAEL J. ASTRUE                                                                  DEFENDANT
Commissioner, Social Security Administration

## JUDGMENT

Now on this 22d day of March 2010, comes for consideration the Report and Recommendation dated February 19, 2010 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. No. 9). Fourteen (14) days have passed without objections being filed by the parties. The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety. Accordingly, the Court hereby adopts the Report and Recommendation, affirms the decision of the Administrative Law Judge, and dismisses Plaintiff's complaint with prejudice.

       IT IS SO ORDERED.

                                               /s/ Harry F. Barnes
                                               HON. HARRY F. BARNES
                                               UNITED STATES DISTRICT JUDGE